JAMES E. HARPER
Nevada Bar No. 9822
**HARPER | SELIM**
1935 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:    (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRISTAN REDDING, an Individual,<br><br>  Plaintiff,<br><br>vs.<br><br>JULIA HOLMES, an Individual, DOES I-X, unknown persons, and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>  Defendant. | CASE NO.:   2:24-cv-02251-GMN-DJA<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Plaintiff, TRISTAN REDDING ("Plaintiff"), by and through his attorneys of record, THE FIRM, P.C., and Defendant, JULIA HOLMES ("Defendant"), by and through her attorneys of record, HARPER | SELIM, that this

/ / /

1

matter be dismissed with prejudice; each party to bear their own costs and attorney fees.

DATED this ___ day of _____ 2025.        DATED this 5th day of February 2025.

**THE FIRM, P.C.**                          **HARPER | SELIM**

_____             _____
PRESTON P. REZAEE                           JAMES E. HARPER
Nevada Bar No. 10729                        Nevada Bar No. 9822
DIANA COLLINS                               1935 Village Center Circle
Nevada Bar No. 16828                        Las Vegas, Nevada 89130
630 South Third Street                      *Attorneys for Defendant*
Las Vegas, NV 89101
*Attorneys for Plaintiff*

## ORDER

IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.

The **Clerk of Court** is kindly requested to **CLOSE THIS CASE.**

Dated this __10__ day of February, 2025.

_____
UNITED STATES DISTRICT JUDGE